In the Matter of the Claim of FOSTER PARSONS, Respondent, against THE DELAWARE AND HUDSON COMPANY, Appellant.

*Matter of Parsons* v. *Delaware & Hudson Co.*, 167 App. Div. 536, appeal dismissed.

(Argued November 15, 1915; decided November 23, 1915.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered May 4, 1915, which affirmed an award of the State Workmen's Compensation Commission.

The motion was made upon the ground that permission to appeal had not been obtained.

*E. Clarence Aiken* for motion.

*W. D. Waldron* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless leave to appeal is obtained from the Appellate Division within ten days.